UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RAYMOND G. CHAPMAN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MARK BARCUS, JODI JOHNSON** )<br>**BAKER, KEVIN GASSAWAY, and** )<br>**ROSEMARIE L. DAMILAO,** )<br>)<br>)<br>**Defendants.** ) | Case No. 08-CV-0497-CVE-PJC |

## OPINION AND ORDER

Now before the Court is plaintiff[1] Raymond G. Chapman's Motion for Enlargement of Time for Filing A Notice of Appeal (Dkt. # 48). Plaintiff requests additional time to file a notice of appeal. However, plaintiff has already filed a notice of appeal. On June 10, 2009, plaintiff filed a notice of appeal that included all of the issues that he now seeks additional time to raise.[2] See Dkt. # 45 (appealing Dkt. ## 25, 26, 37, 38, and 42). Accordingly, there is no reason for the Court to grant an extension of time to file a notice of appeal.

**IT IS THEREFORE ORDERED** that the plaintiff's Motion for Enlargement of Time for Filing A Notice of Appeal (Dkt. # 48) is **moot.**

**DATED** this 7th day of July, 2009.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiff again purports to file this motion on behalf of his minor son, Kobi Kyler Chapman. Plaintiff is not permitted to file motions on behalf of his son. See Dkt. # 25, n. 3.

[2] To the extent that plaintiff's notice of appeal was untimely, that issue will be addressed by the Tenth Circuit because there is a pending motion to dismiss the appeal in Tenth Circuit Case No. 09-5085.